# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
### Fort Wayne Division

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Andrew J. Conrad<br>xxx–xx–4591<br>6171 N. State Road 101<br>Decatur, IN 46733 | )<br>)<br>)<br>) Case Number: 09–13950–reg –reg<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 7<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING FINAL ACCOUNT, DISCHARGING TRUSTEE AND CLOSING CASE

   The Trustee having filed the Final Report and Account, and having certified that the estate has been fully administered, and no objections having been filed thereto by the U.S. Trustee, or a party in interest, within 30 days pursuant to Fed. R. BK. P. 5009, the Court finds that this estate has been fully administered. It is therefore,

   ORDERED, that the Final Report and Account of the Trustee is hereby approved, the Trustee of the above estate, along with the surety, is hereby discharged from any further liability or responsibility, except any liability which may have occurred during the time as any surety was in effect as to this estate, and the estate is hereby closed pursuant to 11 U.S.C. Section 350(a).

Dated: 1/21/10 .

Robert E. Grant
_____
Judge, United States Bankruptcy Court

Document No. 15

# CERTIFICATE OF NOTICE

```
District/off: 0755-1          User: mjordan            Page 1 of 1            Date Rcvd: Jan 21, 2010
Case: 09-13950                Form ID: 166             Total Noticed: 1

The following entities were noticed by first class mail on Jan 23, 2010.
db           +Andrew J. Conrad,   6171 N. State Road 101,   Decatur, IN 46733-9193

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 23, 2010**                         Signature:       _Joseph Speetjens_